IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DAVID WILLIAM INSURANCE AGENCY, INC.,
and DAVID WILLIAMS                                                      PLAINTIFF/
                                                                COUNTERCLAIM DEFENDANT

VERSUS                                                    CIVIL ACTION NO. 2:06CV51-P-A

ALLSTATE INSURANCE CO. and
AMERICAN HERITAGE LIFE INSURANCE
COMPANY                                                                 DEFENDANTS/
                                                                COUNTERCLAIM PLAINTIFFS

**ORDER**

This cause is before the Court on the parties' Joint Motion to Stay [31]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted. This matter will be stayed for a period of ninety (90) days from the filing of the motion to permit the parties an opportunity to resolve this matter in the context of the pending criminal investigation averred to in the motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the parties' Joint Motion for Stay [31] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that this matter is hereby STAYED for a period of ninety (90) days. IT IS FURTHER ORDERED that the parties are to provide the Court with a status report at the conclusion of that time, or on or before July 16, 2007.

SO ORDERED, this the 11th day of May, 2007.

                                            /s/ W. Allen Pepper, Jr.
                                            W. ALLEN PEPPER, JR.
                                            UNITED STATES DISTRICT JUDGE